

Granted. So Ordered.

Robert W. Lehrburger
USMJ
Jan. 9, 2023

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

January 4, 2023

*Via ECF*
Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                Re: United States v. Jarod Ottley
                   Case No. 22-MJ-9612

Dear Judge Netburn:

      I represent Jarod Ottley in the above matter. Yesterday, we filed a letter requesting that his bail restrictions be modified to accommodate his weekend, part time, position in Washington D.C. at Dulles International Airport. We have subsequently learned that 1) Dulles International Airport is located in Loundoun County and Fairfax County, Virginia, in the Eastern District of Virginia. Additionally, Mr. Ottley would be residing with his wife in Maryland, in the District of Maryland, over the weekends while working.

      In light of this new information, we respectfully request that Your Honor modify Mr. Ottley's travel restrictions to include travel to and from the Southern and Eastern Districts of New York, the District of New Jersey, the District of Columbia, the Eastern District of Virginia, and the District of Maryland. Both Mr. Ottley's Pretrial Service Officer, Marlon Ovalles, and the Assistant United States Attorney on this matter, Derek Wikstrom, have no objection to the modification of this request.

      Your Honor's time and consideration of this request is greatly appreciated.

                                              Respectfully submitted,
                                              s/ *Lorraine Gauli-Rufo*
                                              Lorraine Gauli-Rufo,
                                              *Attorney for Jarod Ottley*

cc: Derek Wikstrom, AUSA
Kedar Sanjay Bhatia, AUSA
Rebecca Talia Dell, AUSA
Marlon Ovalles, USPTSO

2